IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

RUBEN RIVERA
#45919                                                                    PLAINTIFF

v.                                    No. 3:20-cv-288-DPM

KEITH BOWERS, Administrator,
Craighead County Detention Center                                         DEFENDANT

## JUDGMENT

Rivera's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

8 December 2020